

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00616-CR

Romeo **ADAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9532
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The reporter's record was originally due October 22, 2018; however, the court granted the reporter, Debra A. Doolittle, an extension of time until November 21, 2018, to file the record. The record was not filed; instead, the reporter filed a request for an additional 36 days to file the record.

We **grant** the motion in part and **order Debra A. Doolittle** to file the record by **December 21, 2018** (60 days after the original due date). Ms. Doolittle is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex .R. App. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.



Keith E. Hottle
Clerk of Court